UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK RISHOR,<br><br>                Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. C18-708 MJP<br><br>ORDER RE: STAY OF MOTION TO APPOINT COUNSEL & REPLY BRIEF DEADLINE |

      In an Order on Motion to Expand the Record, the Court denied Petitioner's request but indicated that it would entertain a motion from Petitioner to appoint counsel to assist him in assembling the record in support of his current petition. (Dkt. No. 6 at 2.) Petitioner has since filed that request. (*See* Dkt. No. 8, Motion for Appointment of Counsel.)

      Since that time, the Government has filed its Response to Defendant's Motion Pursuant to 28 USC § 2255. (Dkt. No. 10.) The Government interposes a procedural objection to the petition; essentially, that "the present 2255 motion is Rishor's **second** motion filed pursuant to the Court [*sic*] to 28 U.S.C. § 2255… and must be dismissed as Rishor has not obtained the

necessary Ninth Circuit approval to file a second 2255 motion." (Id. at 1; emphasis in original.) If this argument is successful, it will dispose of Mr. Rishor's matter before this Court until such time as he obtains the permission of the Ninth Circuit Court of Appeals to pursue his petition.

With that in mind, and in light of the fact that Petitioner does not require the records he has requested in order to respond to this legal, procedural argument made by the Government, it is the Court's intention to:

1. STAY the motion to appoint counsel until such time as a ruling on the Government's dismissal request issues.
2. Request reply briefing from Petitioner on the Government's "second successive petition" argument; said reply briefing to be filed by no later than **August 31, 2018**.

It is so ordered.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated July 27, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge