# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIRK RISHOR,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. C18-708 MJP<br><br>ORDER RE: JOINT STATUS REPORT |

On October 9, 2018, the Court granted Petitioner's request for appointment of counsel for the limited purpose of assisting him in assembling the record to support his pending 2255 petition. (Dkt. No. 14.) On October 10, 2018, Assistant Federal Public Defender Vicky Lai filed a Notice of Appearance in this matter on Petitioner's behalf. (Dkt. No. 15.)

While the Court is desirous of expediting its consideration of this petition, it is also mindful of the time required to assemble the record Petitioner requires in support of his request. With that in mind, the Court intends to give Petitioner's counsel an opportunity to confer with

1  Petitioner and opposing counsel and then require the filing of a Joint Status Report with a

2  proposed briefing schedule. Therefore,

3      IT IS ORDERED that Petitioner's counsel will confer with her client and with opposing

4  counsel and that, by no later than **November 9, 2018**, the parties will file a Joint Status Report

5  advising the Court of the status of the case and proposing a briefing schedule by which resolution

6  of this matter may be achieved.

8      The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

9  Dated October 11, 2018.

                                              The Honorable Marsha J. Pechman
                                              United States Senior District Court Judge