UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK RISHOR,<br><br>               Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | CASE NO. C18-708 MJP<br><br>ORDER RE: NEXT STATUS REPORT |

The Court has received and reviewed the parties' Joint Status Report (Dkt. No. 18), and enters the following order:

IT IS ORDERED that the parties shall file a further status report by no later than **November 30, 2018**, advising the Court of whether and when the final documents were provided to Petitioner and (if no amended pleading has yet been filed) when Petitioner anticipates he will file any further pleading.

The clerk is ordered to provide copies of this order to Petitioner and all counsel.

Dated November 13, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge