THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KIRK RISHOR, | ) | No. CV18-708-MJP |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter comes before the Court on the motion to withdraw as counsel now that the terms of limited appointment of counsel have been met.

THE COURT NOW ORDERS that Vicki Lai and the Office of the Federal Public Defender have met their obligations to Kirk Rishor and the Court, and they are allowed to withdraw as counsel of record in this case.

DATED this _29th_ day of _November_ 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

s/ *Vicki W. W. Lai*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL
(*Kirk Rishor*, CV18-708-MJP) - 1