UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KIRK RISHOR, | CASE NO. C18-708 MJP |
|---|---|
| Petitioner, | CASE NO. C11-1492 MJP |
| v. | ORDER RE: BRIEFING SCHEDULE |
| WASHINGTON STATE ATTORNEY GENERAL, | |
| Respondent. | |

The Court is in receipt of Petitioner's "Rule 60(b)(3)(6)" Motion. Dkt. No. 34.

Respondent State of Washington is hereby ordered to file a response to the motion (not to exceed 12 pages) by no later than **August 1, 2019**. Petitioner shall file his reply brief (not to exceed 6 pages) by no later than **August 15, 2019**.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated July 11, 2019.

Marsha J. Pechman
United States Senior District Judge